IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               17-cv-8-wmc

REAL PROPERTY LOCATED AT 1701
MULBERRY STREET, SAUK CITY,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

    Defendant.

---

ORDER PURSUANT TO THE STIPULATION FOR COMPROMISE AND SETTLEMENT

---

Consistent with the parties' stipulation for compromise and settlement, IT IS ORDERED that the Clerk of Court shall disburse the approximately $208,511.14 being held in trust in this matter, representing the net proceeds from the sale of the defendant property ($208,079.53), plus interest of $431.61, as follows:

1. A check in the amount of $12,500 to Cheryl Kolf c/o Attorney Daniel P. Bach, Lawton & Cates, 146 East Milwaukee Street, Suite 120, Jefferson, Wisconsin 53549; and

2. Any remaining funds (approximately $196,011.14) applied to the restitution ordered in the criminal case *U.S. v. James Kolf*, W.D. Wis. Case No. 17-cr-00024-wmc.

Entered this 2nd day of February, 2018.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge

1